201703653
kad

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

| | |
|---|---|
| IN RE: | Case No. 17-50199 |
| Travis Lynn Crunk | Chapter 7 |
| Debtor. | Judge Alan Stout |
| | **MOTION OF ROUNDPOINT MORTGAGE SERVICING CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT (PROPERTY LOCATED AT 193 BILLY GOAT HILL ROAD, HOPKINSVILLE, KY 42240)** |

Now comes Roundpoint Mortgage Servicing Corporation (the "Movant") moves this Court, under §§ 361, 362, 363, 554 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy Code and for abandonment of property under § 554 of the Bankruptcy Code. In support of this Motion, the Movant states:

## MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

1

2. Prior to the filing of this bankruptcy petition, Debtor executed a promissory note (the "Note") which is in the possession of Movant.

3. To secure payment of the Note and performance of the other terms contained in it, the debtor executed a Mortgage (the "Security Agreement"). The Security Agreement granted a lien on the real and/or personal property (the "Collateral") owned by the debtor, located at 193 Billy Goat Hill Road, Hopkinsville, KY 42240 and more fully described in the Security Agreement. The lien was duly perfected by the recording of the Security Agreement in the County Clerk's Records.

4. The Movant is entitled to enforce the Note and Security Agreement. The documents establishing this right are attached hereto and include the Note, applicable endorsements and/or allonges, if any; and the Security Agreement and any applicable assignments. Movant is the holder of the original Note. Possession of the original note gives Creditor standing to enforce the obligations secured thereby. *Stevenson v. Bank of Am.*, 359 S.W.3d 466, 470 (Ky. Ct. App. 2011).

5. The Debtor's schedules have the value of the Collateral as $97,500.00.

6. Other persons/entities that may claim an interest in the Collateral: N/A

7. As of March 15, 2017, there is currently due and owing on the Note the outstanding principal and interest balance of $97,071.81, plus interest accruing thereon at the rate of 3.7500% per annum along with any fees, costs, escrow advances or other expenses that may have been incurred since the petition date as are allowed by law.

8. The Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or 362(d)(2) as Creditor lacks adequate protection as to its secured interest in the Collateral and there is little or no equity in the Collateral for the benefit of the estate.

9. Movant has attached as Exhibit A, a copy of the proof of claim filed in this case by Movant, along with copies of the supporting documents establishing the Movant's perfected security interest in the above described collateral.

WHEREFORE, Movant prays that the automatic stay imposed by 11 U.S.C. § 362 be terminated in all respects as against said Movant, and its successors and assigns; and that the Trustee's interest be abandoned pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007(b) and LBR 4001-1.

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
wkybk@lsrlaw.com

## NOTICE AND OPPORTUNITY FOR HEARING

The undersigned certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and for Abandonment of Property was electronically transmitted on June 8, 2017, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

A hearing will be held only in the event a written responsive objection is timely filed and served.


Hon. Robert E. Ison – Attorney for Debtors
612 South Main Street
P.O. Box 648
Hopkinsville, KY 42241
bison@kihtlaw.com

Mark Little, Trustee
1917 Versnick Way
Madisonville, KY 42431

Office of the U.S. Trustee
512 Gene Snyder Courthouse
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and for Abandonment of Property was transmitted on June 8, 2017, via regular U.S. mail, postage pre-paid:

Travis Lynn Crunk
217 Village Green Drive, Apt. C-1
Hopkinsville, KY 42240

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
wkybk@lsrlaw.com